# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT OWENSBORO

**STANLEY BRENT CANARY**                                                               **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO. 4:18-CV-P154-JHM**

**JAILER ART MAGLINGER**                                                  **DEFENDANT**

## MEMORANDUM OPINION

Plaintiff Stanley Brent Canary initiated this *pro se* prisoner civil rights action. By Memorandum Opinion and Order entered September 26, 2018 (DN 6), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed Plaintiff's claims pursuant to § 1915A(b)(1) for failure to state a claim upon which relief may be granted. The Court, however, provided Plaintiff an opportunity to file an amended complaint. *See LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("[U]nder Rule 15(a) a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the PLRA [Prison Litigation Reform Act]."). The Court warned Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion and Order would result in the entry of a final Order dismissing the action for the reasons stated therein.

On October 15, 2018, the above-referenced Memorandum Opinion and Order sent to Plaintiff was returned to the Court as undeliverable (DN 8). However, on that same date it was re-mailed to Plaintiff at the new address he had provided to the Court (DN 7). More than 30 days have passed since the Memorandum Opinion and Order were re-mailed to Plaintiff at his current address and the record reflects that Plaintiff has not filed an amended complaint.

Thus, the Court will enter a separate Order dismissing this action.

Date: December 11, 2018

Joseph H. McKinley Jr., District Judge
United States District Court

cc: Plaintiff, *pro se*
    Defendant
    Daviess County Attorney
4414.011